1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

{551.165. - 00795165.DOC}   9   Temp Case No.: 3:23-cv-99999

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA UNDER 28 USC §1441 AND 28 USC § 1332 (DIVERSITY OF CITIZENSHIP JURISDICTION); DECLARATION OF DANIEL R. VILLEGAS**

LEHRMAN, VILLEGAS, CHINERY & DOUGLAS, LLP
DANIEL R. VILLEGAS [Bar No. 159935]
KHACHATUR CHRIS OURKHAN [Bar No. 336653]
12121 Wilshire Boulevard
Suite 1300
Los Angeles, CA  90025
(310) 917-4500
(310) 917-5677 (FAX)

Attorneys for Defendant
SUBARU OF AMERICA, INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO – NORTH COUNTY DIVISION

**'23 CV0614 DMS KSC**

| | |
|---|---|
| ALEXANDRA JUNEAU and WILLIAM JUNEAU,<br><br>            Plaintiffs,<br><br>    v.<br><br>SUBARU OF AMERICA, INC., and DOE 1 through DOE 10 inclusive,<br><br>            Defendants. | Case No. 37-2023-00008729-CU-BC-NC<br>[Filed:  March 01, 2023]<br><br>Hon. Cynthia A. Freeland<br>Dept. N-27<br><br>**IMAGED FILE**<br><br>**SUBARU OF AMERICA, INC.'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**<br><br>DISCOVERY CUT-OFF:     NONE<br>MOTION CUT-OFF:          NONE<br>TRIAL DATE:                         NONE |

Defendant SUBARU OF AMERICA, INC. answers the Complaint as follows:

1. By virtue of the provisions of the Code of Civil Procedure section 431.30, subdivision (d), Defendant Subaru of America, Inc. (SOA or Defendant) denies, generally and specifically, each and every allegation contained in the Complaint.

**FIRST AFFIRMATIVE DEFENSE**

2. The Complaint fails to state facts sufficient to constitute a cause of action.

///

**SECOND AFFIRMATIVE DEFENSE**

3. The Complaint fails to state facts sufficient to entitle Plaintiffs to the relief sought, or any other relief whatever.

**THIRD AFFIRMATIVE DEFENSE**

4. Plaintiffs' claims for consequential and incidental damages, including damages for physical and emotional injury, are specifically barred by the terms of the warranty in question and applicable law.

**FOURTH AFFIRMATIVE DEFENSE**

5. The Complaint, and each and every cause of action contained therein, is barred by the applicable statute of limitations, including, but not limited to, California Uniform Commercial Code section 2725, Code of Civil Procedure sections 337, 338, 339, 340 or 343 and Civil Code section 1793.2.

**FIFTH AFFIRMATIVE DEFENSE**

6. Defendant has clearly and conspicuously disclosed to Plaintiffs, with the warranty or the owner's manual, the provisions of Civil Code section 1793.22 and of Civil Code section 1793.2, subdivision (d), including the requirement that Plaintiffs must notify Defendant directly pursuant to paragraphs (1) and (2) of Civil Code section 1793.22, subdivision (b). Defendant is informed and believes, and based thereon alleges, that Plaintiffs did not give proper notice.

**SIXTH AFFIRMATIVE DEFENSE**

7. Plaintiffs are barred from recovery to the extent that any alleged defect or nonconformity was caused by the unauthorized or unreasonable use of the vehicle following sale or lease. (Civ. Code, § 1794.3.)

**SEVENTH AFFIRMATIVE DEFENSE**

8. Any delay in servicing or repairing Plaintiffs' vehicle was caused by conditions beyond the control of Defendant and its authorized repair facilities. The vehicle was tendered as soon as possible following termination of the condition giving rise to the delay. (Civ. Code, § 1793.2 subd. (b).)

///

**EIGHTH AFFIRMATIVE DEFENSE**

9. Persons, both served and unserved, named and unnamed, in some manner or percentage were responsible for Plaintiffs' damages, if any, and Defendant requires an Order from the trier of fact setting forth a percentage of fault of each and every person, named and unnamed, served and unserved, and the proportion of the several liability for non-economic damages, pursuant to the provisions of Civil Code section 1431.2, et seq.

**NINTH AFFIRMATIVE DEFENSE**

10. Plaintiffs cannot recover a civil penalty because Plaintiffs' claim is based solely on breach of an implied warranty. (Civ. Code, § 1794 subd. (c).)

**TENTH AFFIRMATIVE DEFENSE**

11. Plaintiffs cannot recover a civil penalty because Defendant's actions were not willful. (Civ. Code, § 1794, subd. (c).)

**ELEVENTH AFFIRMATIVE DEFENSE**

12. The amount of restitution, if any, to which Plaintiffs may be entitled, must be reduced by that amount directly attributable to use by Plaintiffs prior to the time that Plaintiffs first delivered the vehicle for correction of the problem that gave rise to the nonconformity, according to proof at trial. (Civ. Code, §1793.2, subd. (d)(2)(C).)

**TWELFTH AFFIRMATIVE DEFENSE**

13. Defendant reserves the right to assert additional defenses, including affirmative defenses, based upon further investigation and/or discovery.

///
///
///
///
///
///
///
///

**PRAYER**

**WHEREFORE**, Defendant SUBARU OF AMERICA, INC. prays:

1. Plaintiffs take nothing by virtue of the Complaint;

2. Defendant be awarded its costs of suit and reasonable attorney's fees, if appropriate; and

3. For such other and further relief as the Court deems just and proper.

DATED: April 5, 2023        LEHRMAN, VILLEGAS, CHINERY & DOUGLAS, LLP
KATE S. LEHRMAN
DANIEL R. VILLEGAS
KHACHATUR CHRIS OURKHAN

By: _/s/ Khachatur Chris Ourkhan_
Khachatur Chris Ourkhan
Attorneys for Defendant
SUBARU OF AMERICA, INC.

**DEMAND FOR JURY TRIAL**

Defendant SUBARU OF AMERICA, INC. demands trial by jury.

DATED: April 5, 2023        LEHRMAN, VILLEGAS, CHINERY & DOUGLAS, LLP
KATE S. LEHRMAN
DANIEL R. VILLEGAS
KHACHATUR CHRIS OURKHAN

By: _/s/ Khachatur Chris Ourkhan_
Khachatur Chris Ourkhan
Attorneys for Defendant
SUBARU OF AMERICA, INC.

<h1 align="center">PROOF OF SERVICE</h1>

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 12121 Wilshire Blvd., Suite 1300, Los Angeles, CA 90025.

On April 5, 2023, I served, in the manner indicated below, the foregoing document described as: **SUBARU OF AMERICA, INC.'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL** on the interested parties in this action at Los Angeles, CA addressed as follows:

<b>SEE ATTACHED SERVICE LIST</b>

☐ **BY OVERNIGHT DELIVERY**:  I caused such envelopes to be delivered by GLS Overnight air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d).)

☐ **BY FACSIMILE**:  (C.C.P. § 1013(e)(f).)

☐ **BY MAIL**: I caused to be delivered by U.S. mail by placing a true copy thereof enclosed in sealed envelopes addressed as stated above.  I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ **BY PERSONAL SERVICE**:  I caused such envelopes to be delivered by hand to the offices of the addressees.  (C.C.P. § 1011(a)(b).)

☒ **BY ELECTRONIC MAIL**:  I transmitted such document from Berkeley, California, to the electronic mail address maintained by the person(s) on the SERVICE LIST as last indicated by that person on a document that he or she has filed in the above-entitled cause and served on this party. C.C.P. § 1010.6(a)(6).)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 5, 2023 in Los Angeles, California.

*/s/ Karen Rosales*
Karen Rosales

{551.165. - 00793316.DOCX}   1   37-2023-00008729-CU-BC-NC

**SUBARU OF AMERICA INC.'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

**PROOF OF SERVICE LIST**
**SUBARU OF AMERICA, INC/JUNEAU, ALEXANDRA**
**(S091-165)(551.165)**
**Case No. 37-2023-00008729-CU-BC-NC**
**Page 1**

| | |
|---|---|
| Brian J. Bickel, Esq.<br>Jordan K. Sannipoli, Esq.<br>Sharona Silver, Esq.<br>BICKEL SANNIPOLI APC<br>701 B Street, Suite 1200<br>San Diego, CA 92101-8107<br>(619) 374-4100<br>(619) 231-9040 (FAX)<br>tempservice@bickelsannipoli.com | Attorneys for Plaintiffs<br>ALEXANDRA JUNEAU and<br>WILLIAM JUNEAU |